UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEICO Indemnity Company as subrogor of Jaime A. Perez,

                          Plaintiff,

-against-

United States of America,

                         Defendant.

1:21-cv-04547 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been reassigned to Magistrate Judge Stewart D. Aaron. The parties shall review this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

The deadlines set forth in the Initial Case Management Order (ECF No. 18) entered by Judge Moses remain in effect.[1] The status conference scheduled for November 30, 2021 at 11:00 a.m. shall occur before the undersigned. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:     New York, New York
               October 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Court notes that the Order inadvertently omits the deadline in paragraph 1 for joinder and amendment, which is October 15, 2021. (*See* Pre-Conference Statement, ECF No. 15, ¶ 3.)